# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KELLER NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-174 |
| | ) | Judge Trauger |
| MATTHEW HAMMETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A telephone conference was held with counsel for the parties in this case on May 2, 2025. This case is consolidated for all purposes with the following three cases:

    3:24-cv-1271  Keller North America, Inc. v. Justin McLaughlin

    3:24-cv-1272  Keller North America, Inc. v. Jordan Moi

    1:24-cv-98    Keller North America, Inc. v. Siavash Amirrahmat

All filings will be made under Case No. 3:24-cv-1271, and the case management deadlines set in that case will also apply to this case.. By separate order, the trial of this consolidated case is being reset for May 12, 2026, with the pretrial conference to be held May 8, 2026.

    It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge